IN THE UNITED STATES DISTRICT COURT
MIDDLE FLORIDA.
401 West Central Blvd.
Orlando, Florida 32801
407-835-4200

PLAINTIFFS: pro-se
JAMES S. HOLCOMB, dual citizen/Blackfoot Indian
KARENKAE HOLCOMB (wife)
SPENCYR KALBERER-FORD (daughter)
E███ H███ (granddaughter)
A███ A███ (granddaughter)

v.                                          Case No.: _____

DEFENDANTS:
DOUGLAS SHIELDS D-1
SEAN PARKS D-2
KIRBY SMITH D-3
LESLIE CAMPIONE D-4
JOSH BLAKE D-5
JOHN GANGI
ERIC ROACH
JIMMIE HOBBY
CHARLES JOHNSON

**CRIMINAL COMPLAINT FOR VIOLATIONS OF THE 5th and 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION, EXTORTION, RACKETEERING, CONSPIRACY, COLLUSION, and COERCION.**

Plaintiff, James Holcomb, is a 71 year old retired Orlando Firefighter living on the Orlando Firefighter Pension and Social Security, and is a Blackfoot Indian by birth. Plaintiff, KarenKae Holcomb, is also retired, 71 years old and wife. Plaintiff, Spencyr Kalberer-Ford, has a Title I, learning disability handicap and is KarenKae Holcomb's daughter. Plaintiff, E███ H███ is a 7 year old granddaughter and has a Title I, Autism handicap. Plaintiff, A███ A███ is a 2 year old granddaughter who has a different type of Title I, Autism handicap.

I, James Holcomb/PLAINTIFF, pro-se, own three, 20 foot by 24 foot fishing cabins that were built in 1952. (current Lake County Assessor's assessed value is $1,200) One of the 20 foot by 24 foot fishing cabins was moved 109 feet to next to another 20 foot by 24 foot fishing cabin. If the moved 20 foot by 24 foot fishing cabin was tax assessed at 100%, the yearly charge by the Defendants of $36,500 amounts to 3,042% (EXHIBIT 1) Baseball player Denny McClain was charged, convicted and imprisoned for a lot less Racketeering and Extortion.

The vernacular "**EXISTING BUILDING**" Code, current edition states, "[BS] 1302.3 Wind Loads, Buildings shall comply with the Florida Building Code, Buildings: **Exceptions: 1. Detached one- and two-family dwellings - - - where wind loads at the new locations are not higher than those at the previous location.** The Defendants have **NOT** provided any

documentation or proof that the wind load is higher at the new location, 109 feet from the previous location. **WITH THE PLAINTIFFS EXEMPT FROM THE WIND CODE, WHY ARE THE DEFENDANTS CHARGING $ 100 PER DAY UNTIL THE 20 FOOT BY 24 FOOT FISHING CABIN IS DESTROYED?** (EXHIBIT 1)

The $ 100 per day ($36,500 per year) charge with lien on the Plaintiff's 10.7 acres of land and home, is **over 87%** of Plaintiff's Orlando Fire Department pension before IRS taxes. **(VIOLATIONS OF THE 5th and 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION, EXTORTION, RACKETEERING, CONSPIRACY, COLLUSION, and COERCION.)**

The Defendants are without legal authority to issue the building permit that they have ORDERED per Section 6-3(a) "Permits" because of building permit code R301.2.1.1 **Wind designed required. "In regions where the ultimate design wind speed V uft from Figure R301.2(4) equals or exceeds 115 miles per hour (51 m/s) the design of concrete, masonry, wood and steel buildings for wind loads shall be in accordance with one or more of the following methods:"** Per Defendant Eric Roach, this code means all plans must be stamped and sealed by an engineer, because every property in Lake County (actually Florida) has a probability wind speed that exceeds 115 miles per hour. Since the Lake County Government/Defendants are without legal authority to issue the Ordered building permit, the Order is a **SCAM** to steal my/James Holcomb/Plaintiff's **Firefighter pension, my 10.7 acres of land, and my home of the last 21 years.**

The Defendants are using an unconstitutional probability wind code. Figure R301.2(4) # 5 Exceedance Probability = 0.00143 = 700 years (EXHIBIT 2) The Plaintiff's United States Constitutional 5th and 14th Amendment rights of not being deprived of property, without a crime and due process, are being taken by the Defendants, because of a wind probability of once every 699.3 years or once every 255,245 (quarter of a million) days. A wind with a probability of once every ten lifetimes.

The Defendants have made a Lake County Building Department Code **R301.2.1.1** that terminates the Lake County Building Department legal authority to issue building permits because every property in Lake County has been ingested by the probability wind code.

The way the unconstitutional Lake County Building Permit **SCAM** works:

1. Defendant, Jimmie Hobby, issues a **DEMAND LETTER TO GET A BUILDING PERMIT.**
2. The Building Department Plans Examiner/Defendant Eric Roach, references building code R301.2.1.1, refuses to accept any building plans for the moved 20 foot by 24 foot fishing cabin **(that is exempt by [BS]1302.3, Exception : 1)** unless stamped and sealed by a Florida licensed engineer.
3. Building contractor/Defendant Charles Johnson (EXHIBITS 1 & 3) **ORDERS $100 PER DAY FINE ($36,500 PER YEAR) for the $1200 tax assessor valued 20 foot by 24 foot, 71 year old fishing cabin.**
4. This SCAM is probably being used in every Building Department in Florida.

On or about June 12, 2023, Building Department Investigator / Defendant / Jimmie Hobby stated: **"You will hire an Engineer to do your plans because the Lake County Building Department NEVER LOSES in Special Master cases."** (EXHIBIT 4)

## CONCULSION

1. This Honorable Federal District Court should rule that the August 16, 2023, Contractor/Defendant Charles Johnson ORDER is unconstitutional and void/stricken.

2. This Honorable Federal District Court should ORDER that it is unconstitutional to require a building permit that the Building Department does not have the legal authority to issue.

3. This Honorable Federal District Court should ORDER fines, prison sentences and expulsion from the government offices that the Defendants hold as appropriate.


Respectfully Submitted,

*James Holcomb*

James Holcomb
19950 County Road 455, Clermont, FL 34715

## CERTIFICATE OF SERVICE

I, James Holcomb, *James Holcomb*, certify that copies of the above Criminal Complaint were mailed to Douglas Shields, Sean Parks, Kirby Smith, Leslie Campione, and Josh Blake at 315 W. Main Street, PO BOX 7800, Tavares, FL, 32778, and John Gangi, Eric Roach, Jimmie Hobby, and Charles Johnson at 320 W. Main Street, PO BOX 7800, Tavares, FL 32778, by US Mail on October 10, 2023.