FILED - USDC - FLMD - OCA
DEC 18 2023 AM11:49

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE FLORIDA.**
Office of the Clerk
207 NW Second Street, Room 337
Ocala, Florida, 34475-6666

PLAINTIFFS: pro-se
JAMES S. HOLCOMB, dual citizen/Blackfoot Indian

v. Case No.: 5:23-cv-618-TJC-PRL

DEFENDANTS:
DOUGLAS SHIELDS D-1
SEAN PARKS D-2
KIRBY SMITH D-3
LESLIE CAMPIONE D-4
JOSH BLAKE D-5
JOHN GANGI
ERIC ROACH
JIMMIE HOBBY
CHARLES JOHNSON

**MOTION / FORMAL OBJECTION to the UNITED STATES MAGISTRATE JUDGE'S, Phillip R. Lammens, REPORT AND RECOMMENDATION**

**Concerning the issue of CASE MERIT**

Defendant's taking $36,500 per year without the due process of Florida Statute 125.56 BUILDING CODE ENFORCEMENT LAW PENALITY, and without just compensation in violation of the UNITED STATES CONSTITUTION'S 5th AMENDENT'S **BILL OF RIGHTS,** should be case merit.

Defendant's taking $36,500 per year without due process of Florida Statute 125.56 BUILDING CODE ENFORCEMENT LAW PENALITY and Equal Protection of the Law, in violation of the UNITED STATES CONSTITUTION'S 14th AMENDENT, should be case merit.

Defendant's requirement to Demolish my $1,200 fishing cabin that was built in 1952, without a condemnation inspection, because there **MIGHT be a 130 mile per hour wind in the next 700 years,** without complying with Florida State 125.56 BUILDING CODE ENFORCEMENT LAW PENALITY, which is not supported anywhere in the UNITED STATES

CONSTITUTION, should be case merit.

**LEGAL STANDARDS,** page 2, line 19, "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

The Defendants are liable for the misconduct of not complying with the requirements of Florida Statute 125.56 BUILDING CODE ENFORCEMENT LAW PENALITY.

The Defendants are liable for the misconduct of not complying with my property rights of the UNITED STATES CONSTITUTION'S 5th and 14th Amendments.

The Defendants are liable for the misconduct of replacing a reasonable less than 115 mile per hour wind, building code with a once every 700 year possibility of a 130 mile per hour wind code that **terminates the Lake County Building Departments legal authority to issue the REQUIRED building permits.**

The Defendants are liable for the misconduct of an **EXTORTION SCAM** where they **"one"** REQUIRE a building permit that the Lake County Building Department **cannot legally issue,** then the Defendants, **"two", IGNORE** Florida Statute 125.56 BUILDING CODE ENFORCEMENT LAW PENALITY. The Defendants **"three"** fine the Plaintiff over 3,000 per cent of the 20 foot by 24 foot fishing cabin's value of $1,200, a yearly $36,500 to complete the **EXTORTION SCAM,** of forcing the Plaintiff to **DESTROY the** $1,200 fishing cabin without any building code inspections to document whether it complies with the building code or not. This violates my property rights of the UNITED STATES CONSTITUTION'S 5th and 14th Amendments.

A probability building code of a 130 mile per hour wind once every 700 years is Defendant misconduct and frivolous.

Requiring my property, a 1952 fishing cabin to be destroyed because it was moved 109 feet, is Defendant misconduct and frivolous.

The Defendants not complying with Florida Statute 125.56, BUILDING CODE ENFORCEMENT LAW PENALITY, is misconduct and frivolous.

The Defendants issuing a $36,500 per year fine when the Florida Statute 125.56 BUILDING CODE ENFORCEMENT LAW PENALITY is a **maximum $500** is misconduct and frivolous.

The Defendants **REQUIRING** a building permit that the Lake County Building Department's Building Code **PROHIBITS** the Lake County Building Department from **ISSUING** is misconduct and frivolous.

The Plaintiff expecting a Federal Government Court to rule against another government when the Plaintiff is pro-se and without the knowledge to comply with the court rules and regulations was **STUPID and FRIVOLOUS.** The Plaintiff's UNITED STATES CONSTITUTIONAL RIGHTS have been superseded by **CASE LAWS, COURT RULES and REGULATIONS.**

When Judge Timothy Corrigan made his October 24, 2023 Order I knew that my UNITED STATES CONSTITUTIONAL RIGHTS NO LONGER EXISTED. I knew that my effort would have no chance. The UNITED STATES CONSTITUTION and my rights that are protected by it are a **MYTH.**

James Holcomb
19950 County Road 455, Clermont, FL 34715
December 14, 2023.

We the Pe

insure domestic Tranqui
and our Posterity, do ordai

Article

Section. 1. All legislative Powers herein granted shall be ve
of Representatives.

Section. 2. The House of Representatives shall be composed o
in each State shall have Qualifications requisite for Electors of the most
No Person shall be a Representative who shall not have atta
and who shall not, when elected, be an Inhabitant of that State in which
Representatives and direct Taxes shall be apportioned among the
Numbers, which shall be determined by adding to the whole Number of f
not taxed, three fifths of all other Persons. The actual Enumeration s
nd within every subsequent Term of ten Years, in such Manner as the
housand, but each State shall have at Least one Representative
use three, Massachusetts eight, Rhode Island and Pro
e, Maryland six, Virginia ten, North Carolina fi
happen in the Representation from any Stat
entatives shall chuse their Speaker and oth
te States, shall be composed of two

Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of t... ...Class shall be vacated at the ...

Class at the Expiration of the sixth Year, so that one third may be chosen e...

Recess of the Legislature of any State, the Executive thereof may make tempo... such Vacancies.

No Person shall be a Senator who shall not have attained to the ... not, when elected, be an Inhabitant of that State for which he shall be cho...

The Vice President of the United States shall be President of the Sen...

The Senate shall chuse their other Officers, and also a President pro... President of the United States.

The Senate shall have the sole Power to try all Impeachments. ... of the United States, the Chief Justice shall preside: And no Person shall ...

Judgment in Cases of Impeachment shall not extend further tha... Trust or Profit under the United States: but the Party convicted shall neve... according to Law.

Section. 4. The Times, Places and Manner of holding Elections for ... thereof; but the Congress may at any time by Law make or alter such Reg...

The Congress shall assemble at least once in every Year, and su... appoint a different Day.

Section. 5. Each House shall be the Judge of the Elections, Returns a... Quorum to do Business; but a smaller Number may adjourn from day ... such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish it... Member.

Each House shall keep a Journal of its Proceedings, and from tim... Secrecy; and the Yeas and Nays of the Members of either House on any ques...

Neither House, during the Session of Congress, shall, without the ... than that in which the two Houses shall be sitting.

Section. 6. The Senators and Representatives shall receive a Compe... the United States. They shall in all Cases, except Treason, Felony and ... Session of their respective Houses, and in going to and returning from the ... any other Place.

No Senator or Representative shall, during the Time for which h... which shall have been created, or the Emoluments whereof shall have been ... States, shall be a Member of either House during his Continuance in off...

Section. 7. All Bills for raising Revenue shall originate in the House of ...

Every Bill which shall have passed the House of Representatives ...

United States; If he approve he shall sign it, but if not he shall return it, wi... the Objections at large on their Journal, and proceed to reconsider it. If a... it shall be sent, together with the Objections, to the other House, by which it ... become a Law. But in all such Cases the Votes of both Houses shall be dete... the Bill shall be entered on the Journal of each House respectively. If an... after it shall have been presented to him, the Same shall be a Law, in like ... Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senat... shall be presented to the President of the United States; and before the Same shall ... two thirds of the Senate and House of Representatives, according to the Rules an...

Section. 8. The Congress shall have Power To lay and collect Taxes, D... general Welfare of the United States; but all Duties, Imposts and Excises shall ...

To borrow Money on the credit of the United States;

## [Article]. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## Article. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

[C]onvention by the Unanimous Consent of the States present the Seventeenth

[...] in the Year of our Lord one th[...] [...]and Eighty seven and [...] [...]hereof

...ousand seven hundred and...

...of the United States of America the Twelfth... In Witness whereof We have hereunto subscribed our Names,

Go: Washington — Presidt. and deputy from Virginia

New Hampshire { John Langdon, Nicholas Gilman }

Massachusetts { Nathaniel Gorham, Rufus King }

Connecticut { Wm. Saml. Johnson, Roger Sherman }

New York . . . Alexander Hamilton

New Jersey { Wil: Livingston, David Brearley, Wm. Paterson, Jona: Dayton }

B Franklin

Thomas Mifflin

Geo: Read

Gunning Bedford jun

John Dickinson

Richard Bassett

Jaco: Broom

James McHenry

Dan of St Thos. Jenifer

Danl. Carroll

John Blair —

James Madison Jr.

Wm. Blount

Richd. Dobbs Spaight.

Hu Williamson

the State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing its inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

The Word, "the," being interlined between the seventh and eighth Lines of the first Page, The Word "Thirty" being partly written on an Erazure in the fifteenth Line of the first Page, The Words "is tried" being interlined between the thirty second and thirty third Lines of the first Page and the Word "the" being interlined between the forty third and forty fourth Lines of the second Page.

done in C

Day of September

of the Independen

We have hereun

n Order to form a more perfect
Welfare, and secure the Blessing
America.

## Article. II.

tion. 1. The executive Power shall be vested in a President of the United States of
and, together with the Vice President, chosen for the same Term, be elected as follows
Each State shall appoint, in such Manner as the Legislature thereof may dire
Representatives to which the State may be entitled in the Congress: but no Senat
t under the United States, shall be appointed an Elector.
The Electors shall meet in their respective States, and vote by Ballot for two
ame State with themselves. And they shall make a List of all the Persons voted for, a
certify, and transmit sealed to the Seat of the Government of the United States, directe
Presence of the Senate and House of Representatives, open all the Certificates, and th
ber of Votes shall be the President, if such Number be a Majority of the whole Nu
Majority, and have an equal Number of Votes, then the House of Representative
Person have a Majority, then from the five highest on the List the said House s
ident, the Votes shall be taken by States, the Representation from each State havin
Members from two thirds of the States, and a Majority of all the States shall be necess
n having the greatest Number of Votes of the Electors shall be the Vice President.
shall chuse from them by Ballot the Vice President.
The Congress may determine the Time of chusing the Electors, and the Day
t the United States.
No Person except a natural born Citizen, or a Citizen of the United States,
President; neither shall any Person be eligible to that Office who shall n
ident within the United States.
Case of the Removal of the President from Office, or of his Death,
e Same shall devolve on the Vice President, and the Congress may
President and Vice President, declaring what Officer shall then ac
ed, or a President shall be elected.
President shall, at stated Times, receive for his Services, a Compen
h he shall have been elected, and he shall not receive within that Pe
re he enter on the Execution of his Office, he shall take the following
ecute the Office of President of the United States, and will to the bes

e President shall be Commander in Chief of the Army and
ctual Service of the United States; he may require the Opinion, in
ting to the Duties of their respective Offices, and he shall have P
Cases of Impeachment.
ll have Power, by and with the Advice and Consent of the
ate, and by and with the Advice and Consent of the Sena
t, and all other Officers of the United States, whose Appoint
ess may by Law vest the Appointment of such inferior O
tments.
President shall have Power to fill up all Vacancies that
at the End of their next Session.
shall from time to time give to the Congress Information
all judge necessary and expedient; he may, on extraordin
ween them, with Respect to the Time of Adjournment, he m
her public Ministers; he shall take Care that the Laws be faith
President, Vice President and all civil Officers of the Unite
, or other high Crimes and Misdemeanors.

## Article. II

al Power of the United States, shall be vested in one supr
blish. The Judges, both of the supreme and inferior Cour
a Compensation, which shall not be diminished during
icial Power shall extend to all Cases, in Law and Equity, a
, under their Authority;— to all Cases affecting Ambassad
;— to Controversies to which the United States shall be a
te;— between Citizens of different States,— between Citi
Citizens thereof, and foreign States, Citizens or Subjects
Cases affecting Ambassadors, other public Ministers and Co
ition. In all the other Cases before mentioned, the supreme
r such Regulations as the Congress shall make.
al of all Crimes, except in Cases of Impeachment, shall be by
; but when not committed within any State, the Trial shall be a
on against the United States, shall consist only in levying Wa

t Union, establish Justice,
gs of Liberty to ourselves

f America. He shall hold his Office during the Term of four

t, a Number of Electors, equal to the whole Number of Senators
or or Representative, or Person holding an Office of Trust or

Persons, of whom one at least shall not be an Inhabitant of
d of the Number of Votes for each; which List they shall sign
to the President of the Senate. The President of the Senate shall,
e Votes shall then be counted. The Person having the greatest
mber of Electors appointed; and if there be more than one who have
shall immediately chuse by Ballot one of them for President; and
all in like Manner chuse the President. But in chusing the
one Vote; A quorum for this Purpose shall consist of a Member
ry to a Choice. In every Case, after the Choice of the President, the
But if there should remain two or more who have equal Votes, the

n which they shall give their Votes; which Day shall be the same

t the time of the Adoption of this Constitution, shall be eligible to
t have attained to the Age of thirty five Years, and been fourteen

Resignation, or Inability to discharge the Powers and Duties of the
by Law provide for the Case of Removal, Death, Resignation or Inabi-
t as President, and such Officer shall act accordingly, until the Disa-

nsation, which shall neither be encreased nor diminished during the
Period any other Emolument from the United States, or any of them.
Oath or Affirmation: — "I do solemnly swear (or affirm) that I
t of my Ability, preserve, protect and defend the Constitution of the

Navy of the United States, and of the Militia of the several States, when
writing, of the principal Officer in each of the executive Departments, upon
ower to grant Reprieves and Pardons for Offences against the United

Senate, to make Treaties, provided two thirds of the Senators present concur;
t, shall appoint Ambassadors, other public Ministers and Consuls, Judges
tments are not herein otherwise provided for, and which shall be established
fficers, as they think proper, in the President alone, in the Courts of Law, or in

may happen during the Recess of the Senate, by granting Commissions

of the State of the Union, and recommend to their Consideration such
ary Occasions, convene both Houses, or either of them, and in Case of
ay adjourn them to such Time as he shall think proper; he shall receive
hfully executed, and shall Commission all the Officers of the United States.
d States, shall be removed from Office on Impeachment for, and Conviction

II.

reme Court, and in such inferior Courts as the Congress may from time to
s, shall hold their Offices during good Behaviour, and shall, at stated Times,
their Continuance in Office.
rising under this Constitution, the Laws of the United States, and Treaties made,
rs, other public Ministers and Consuls; — to all Cases of admiralty and
Party; — to Controversies between two or more States; — between a State and
ens of the same State claiming Lands under Grants of different States, and

nsuls, and those in which a State shall be Party, the supreme Court shall
Court shall have appellate Jurisdiction, both as to Law and Fact, with such

Jury; and such Trial shall be held in the State where the said Crimes shall
such Place or Places as the Congress may by Law have directed.
r against them, or in adhering to their Enemies, giving them Aid and Comfort.

ited States, i
omote the general
the United States of

Secti
Years,
and
Prog
the
and
in th
Num
such
of no
Pre
or
Perso
Senate
throughou
the Office of
Years a Res
Sh
said Office, n
tity, both of the
bility be remo
The
Period for whic
Bef
will faithfully
United States.
Section. 2. Th
called into the a
any Subject rel
States, except in
He sh
and he shall nomi
of the supreme Cour
by Law: but the Cong
the Heads of Depar
The
which shall expire
Section. 3. He
Measures as he sh
Disagreement be
Ambassadors and
Section. 4. The E
of Treason, Bribery

Section. 1. The judic
time ordain and esta
ceive for their Services,
Section. 2. The jud
or which shall be mad
maritime Jurisdictio
Citizens of another St
between a State, or the
In all
have original Jurisdi
Exceptions, and und
The Tr
have been committe
Section. 3. Treas

People of the Un

ity, provide for the common defence, pr

n and establish this Constitution for

.I.

sted in a Congress of the United States, which shall consist of a Senate and Hou

Members chosen every second Year by the People of the several States, and the Ele
numerous Branch of the State Legislature.
ained to the Age of twenty five Years, and been seven Years a Citizen of the United S
he shall be chosen.
several States which may be included within this Union, according to their respecti
ree Persons, including those bound to Service for a Term of Years, and excluding In
hall be made within three Years after the first Meeting of the Congress of the Unite
y shall by Law direct. The Number of Representatives shall not exceed one for
e; and until such enumeration shall be made, the State of New Hampshire sha
idence Plantations one, Connecticut five, New York six, New Jersey four, Pennsy
e, South Carolina five, and Georgia three.
, the Executive Authority thereof shall issue Writs of Election to fill such Vacanci
er Officers; and shall have the sole Power of Impeachment.
Senators from each State, chosen by the Legislature thereof for six Years; an

he first Election, they shall be divided as equally as may be into three Clas
second Year, of the second Class at the Expiration of the fourth Year, and o
very second Year; and if Vacancies happen by Resignation, or otherwise,
rary Appointments until the next Meeting of the Legislature, which sha

Age of thirty Years, and been nine Years a Citizen of the United States, an
en.
ate, but shall have no Vote, unless they be equally divided.
tempore, in the Absence of the Vice President, or when he shall exercise the Offic

When sitting for that Purpose, they shall be on Oath or Affirmation. When the P
convicted without the Concurrence of two thirds of the Members present.
to removal from Office, and disqualification to hold and enjoy any Office of hono
shall be liable and subject to Indictment, Trial, Judgment and Punishment,

enators and Representatives, shall be prescribed in each State by the Legislature
lation, except as to the Places of chusing Senators.
Meeting shall be on the first Monday in December, unless they shall by Law

Qualifications of its own Members, and a Majority of each shall constitute a
day, and may be authorized to compel the Attendance of absent Members, in

Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a

to time publish the same, excepting such Parts as may in their Judgment require
n shall, at the Desire of one fifth of those Present, be entered on the Journal.
nsent of the other, adjourn for more than three days, nor to any other Place

sation for their Services, to be ascertained by Law, and paid out of the Treasury of
Breach of the Peace, be privileged from Arrest during their Attendance at the
me; and for any Speech or Debate in either House, they shall not be questioned in

was elected, be appointed to any civil Office under the Authority of the United States
creased during such time; and no Person holding any Office under the United

resentatives; but the Senate may propose or concur with Amendments as on other Bil
the Senate shall, before it become a Law, be presented to the President of the
his Objections to that House in which it shall have originated, who shall ente
such Reconsideration two thirds of that House shall agree to pass the Bill,
likewise be reconsidered, and if approved by two thirds of that House, it shall
ed by yeas and Nays, and the Names of the Persons voting for and against
ill shall not be returned by the President within ten Days (Sundays excepted)
as if he had signed it, unless the Congress by their Adjournment prevent its

d House of Representatives may be necessary (except on a question of Adjournment)
Effect, shall be approved by him, or being disapproved by him, shall be repassed by
imitations prescribed in the Case of a Bill.
Imposts and Excises, to pay the Debts and provide for the common Defence and
niform throughout the United States;

Attest William Jackson Secretary

Delaware

Maryland

Virginia

North Carolina

South Carolina { Charles Co[illegible] Char[illegible] Pier[illegible]

Georgia { Willi[illegible] Abr[illegible]

---

****EXPLANATORY NOTES: This is an authentic copy of the contents of the Constitution of the United States, but the printing size of the text of the Articles has been reduced, and printed in two columns, in order to confine it to this sheet. It would take four sheets this size to make the entire text legible,.***

Following is a brief synopsis of the Articles: **ARTICLE I—LEGISLATIVE DEPARTMENT**: How Senators and Representatives shall [be chos]en, and when they are to meet; Rules of procedure, compensation, privileges and restrictions; Mode of passing laws; Powers granted

J Rutledge
Cotesworth Pinckney
Charles Pinckney
Pierce Butler

William Few
Abr Baldwin

to Congress; Power
dent and Vice-Pres
Courts; Jurisdictio
Records; Privilege
AMENDMENT
ARTICLE VII

Pensylvania

Geo Clymer
Thos FitzSim
Jared Ingersol
James Wils
Gouv Mo

l Government; Powers denied to the States. ARTICLE
es of the President; Impeachment. ARTICLE II
Treason. ARTICLE IV—THE STATES AN
States and Territories; Guarantees
MACY OF THE CONSTITUTION; O
UTION.

...throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;— And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section 9. The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration...

The Congrefs shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

# Article IV.

Section. 1. Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congrefs may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

Section. 3. New States may be admitted by the Congrefs into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congrefs.

The Congrefs shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

Section. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

# Article. V.

The Congrefs, whenever two thirds of both Houses shall deem it necefsary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congrefs; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, wi[...]t its Con[...] shall be deprived of its equal Suffrage in the Senate.

E II—**EXECUTIVE DEPARTMENT:** Presi-
I—**JUDICIAL DEPARTMENT::** The Federal
D **THE FEDERAL GOVERNMENT:** State
to the States. **ARTICLE V—METHOD OF**
**ATH OF OFFICE,** no religious test require